# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED ZINSER,<br><br>      Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER, DANIEL DAWSON, LIEUTENANT BEAN, CORRECTIONAL OFFICER, JOHN DOE #2, CORRECTIONAL OFFICER, JOHN DOE #3, NURSE, JOHN DOE #1, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES,<br><br>      Defendant. | Case No. 2:15-cv-02193-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel a Witness to Make and Sign a Sworn Affidavit (#7), filed on December 21, 2015.  Defendant, Jeremy Bean (incorrectly named as "Lieutenant Bean") filed his Response (#9) on January 7, 2016.

Defendant Bean removed this case to the United States District Court on November 18, 2015.  *See Petition for Removal* (#1).  As of this time, the Court has not issued a screening order to determine if this case may proceed pursuant to 28 U.S.C. § 1915A.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel a Witness to Make and Sign a Sworn Affidavit (#7) is **denied** as premature.

DATED this 8th day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge